

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-14-00803-CV

Juan Francisco **MONTALVO**, M.D., F.A.C.O.G., et al,
Appellant

v.

Gabriela **LOPEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000841-D3
Honorable Rebecca Ramirez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Amended Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court